**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| VS | CRIMINAL NO. 09-CR-165-1 (CCC) |
| 1-JOEL RIVERA-ALEJANDRO | |

## NOTICE TO MDC-GUAYNABO

### RE: DEFENDANT'S MEDICAL CONDITION AND/OR TREATMENT

Please be advised that the above-captioned defendant is being or has been treated and/or suffers from the following:

FRACTURE IN RIGHT UPPER ARM

Defendant informed he/she is taking the following medications:

_____

_____

_____

In San Juan, Puerto Rico, this 8th day of June, 2009.

s/Marirosa Cabrera-Vélez
Marirosa Cabrera-Vélez
Courtroom Deputy

email: C. Martinez, Esq.